THE STATE EX REL. GRAMATIKOS, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Gramatikos v. Indus.
Comm.* (1998), 82 Ohio St.3d 506.]

(No. 96–1739—Submitted June 24, 1998—Decided August 5, 1998.)

*Ticktin, Baron, Koepper & Co., L.P.A.,* and *Harold Ticktin,* for appellant.

*Betty D. Montgomery,* Attorney General, and *C. Bradley Howenstein,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.